WILLIAM BATES III ET AL. *v.* HUGH WHITTLE

House, C. J., Shapiro, Loiselle, MacDonald and Bogdanski, Js.

Argued November 7—decided November 14, 1973

*Francis Carling,* for the appellant (defendant).

*John T. Cummiskey, Jr.,* for the appellees (named plaintiff et al.).

PER CURIAM. The question on this appeal involves issues of fact, and the judgment was a result reasonably reached on a permissible view of the evidence. *Anderson* v. *D'Addario,* 158 Conn. 616, 262 A.2d 187.

There is no error.